**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7032**

---

STANLEY G. BRIMM,

　　　　　　　　　　　　　　　　　　Petitioner - Appellant,

　　　versus

RONALD J. ANGELONE, Director, Virginia Department of Corrections,

　　　　　　　　　　　　　　　　　　Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-99-1028)

---

Submitted:　September 21, 2000　　Decided:　September 29, 2000

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Stanley G. Brimm, Appellant Pro Se. Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stanley G. Brimm seeks to appeal the district court's order declining to reconsider the order refusing to alter or amend judgment denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>Brimm v. Angelone</u>, No. CA-99-1028 (E.D. Va. July 20, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the district court's order is marked as "filed" on July 19, 2000, the district court's records show that it was entered on the docket sheet on July 20, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).